UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIGEO, INC., a Delaware corporation,

Plaintiff,

v.

AUDIBLE, INC., a Delaware corporation,

Defendant.

Case No. C05-464JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF DIGEO, INC. , and on behalf of DEFENDANT AUDIBLE, INC. in the amount of $7,705.50  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   SERVICE FEES | $512.00 | 0 | $512.00 |
| II.  DEPOSITION COSTS | $4,636.50 | 0 | $4,636.50 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $12,784.70 | $10,227.70 | $2,557.00 |

Clerk estimated that 20% of the total costs incurred represents the portion of copying directly related to the materials used in support of the motions for summary judgment and to dismiss. Only these costs were allowed.

Dated this ___25th___ day of JANUARY, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2